IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kimberly Ann Bleiler

               Debtor 1

**Chapter:** 13
**Case No.:** 5:24-bk-02557-MJC

## ORDER DISMISSING CASE

**IT IS ORDERED** that the above-captioned case is hereby **DISMISSED** due to the Debtor's failure to comply with Order dated October 8, 2024.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 25, 2024