# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 10/25/2024 |
| Case: 5:24–bk–02557–MJC | Form ID: pdf010 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Jack N Zaharopoulos    info@pamd13trustee.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kimberly Ann Bleiler    58 Peach Lane    Berwick, PA 18603
5659240    PENNYMAC MORTGAGE    565 W MYRTLE ST    BOISE ID 83702

    TOTAL: 2